UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE

BARBERELLA L. DEBELLO,

DEBTOR.

CHAPTER 7

CASE NO. 8-25-72730-spg

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** the motion [ECF No. 15] (the "Motion") of PHH Mortgage Corporation as Servicer for HSBC Bank USA, National Association, as Trustee for Fremont Home Loan Trust 2006-E, Mortgage-Backed Certificates, Series 2006-E, ("Movant") dated August 28, 2025 for relief from the automatic stay with respect to 111 Montgomery Avenue, West Babylon, NY 11704 aka 111 Montgomery Avenue, North Babylon, NY 11703 (the "Collateral"); and a hearing on the Motion having been held on November 12, 2025; and good and sufficient notice of the Motion and the hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. § 362(d)(1) to permit Movant, its agents, assigns or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED**, **that** within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the Collateral on the above captioned debtor, debtor's counsel, and the case trustee. Any surplus proceeds realized from the sale or other disposition of the Collateral shall be remitted promptly to the case trustee; and it is further

**ORDERED**, that all other relief requested in the Motion is denied.

**Dated: Central Islip, New York**
**November 20, 2025**

Sheryl P. Giugliano
United States Bankruptcy Judge