# **Exhibit C**

Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Chapter 7


BARBERELLA L. DEBELLO,                                    Case No. 25-72730 (SPG)


                              Debtor.
----------------------------------------------------------X

### ORDER AUTHORIZING THE TRUSTEE TO: (i) SETTLE  PERSONAL INJURY CLAIM; (ii) PAY SPECIAL COUNSEL COMPENSATION AND REIMBURSEMENT OF EXPENSES; and (iii) PAY THE DEBTOR HER CLAIMED PERSONAL INJURY EXEMPTION

Upon the application, dated June 11, 2026 (the "**Application**"), of Andrew M. Thaler, as the trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of Barberella L. Debello, by his counsel, Cullen and Dykman LLP pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order authorizing the Trustee to: (i) settle the Debtor's Personal Injury Claim; (ii) pay the Trustee's Special Counsel Law Offices of John Coco, PLLC compensation in the amount of $33,333.33 plus reimbursement of expenses in the sum of $909.22 for a total amount of $34,242.55; (iii) pay the Debtor her claimed Personal Injury exemption in the amount of $31,575.00; and (iv) granting such other relief this Court decides is just and proper (the "**Motion**"); and there being no filed opposition to the relief requested; and a hearing on the Application having been held on _____, 2026; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Application was sufficient and no additional notice of or a hearing on the Application is required under the circumstances, and (v) the relief

sought in the Application is in the best interests of the Debtor's Estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Application and having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; now, therefore, it is hereby,

**ORDERED**, that the Motion is granted to the extent provided herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 9019, the Trustee is authorized to settle the Debtor's personal injury claim, as referenced in the Application, for $100,000.00; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 330, the Trustee is authorized to pay the Law Offices of John Coco, PLLC compensation in the amount of $33,333.33 plus reimbursement of expenses in the sum of $909.20 for a total amount of $34,242.55; and it is further

**ORDERED**, that the Trustee is authorized to pay the Debtor her claimed Personal Injury exemption under 11 U.S.C. § 522(d)(11)(D) in the amount of $31,575.00; and it is further

**ORDERED**, that the Trustee is hereby authorized to take any and all actions, and execute any and all documents, necessary to implement the terms and conditions of this Order; and it is further

**ORDERED**, the Court shall retain jurisdiction over any disputes arising from or related to this Order.